**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| CORELOGIC SOLUTIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>REDFIN CORPORATION,<br><br>　　　　Defendant. | Civil Action No. 2:12-cv-305-JRG-RSP |

**STIPULATION TO
<u>VOLUNTARILY DISMISS REDFIN CORPORATION, WITH PREJUDICE</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff CoreLogic Solutions, LLC ("CoreLogic") and Defendant Redfin Corporation ("Redfin") voluntarily stipulate to dismiss, with prejudice, all claims asserted by and between CoreLogic and Redfin in this action.

CoreLogic, on behalf of itself and any predecessors-in-interest and successors-in-interest to U.S. Patent No. 5,361,201 ("the '201 Patent"), in consideration of the promises contained herein the sufficiency of which is acknowledged by CoreLogic, hereby unconditionally and irrevocably covenants and promises not to sue Redfin or its affiliates, subsidiaries, suppliers, customers, and/or related parties, for any infringement of any of the claims of the '201 Patent arising from any past, present, or future acts, including, without limitation, direct infringement, contributory infringement and/or inducing infringement. Neither party has, or will be, obligated to provide any compensation or remuneration of any kind in connection with this action. This is the only agreement between the parties, be it in writing or otherwise.

Redfin agrees not to oppose any efforts by CoreLogic to terminate Redfin's "Covered Business Method Patent Review of U.S. Patent No. 5,361,201" (filed November 9, 2013 and instituted March 20, 2014; CBM2014-00027). The parties agree that this "Stipulation to Voluntarily Dismiss Redfin Corporation, with Prejudice" is an "Agreement in writing," as defined by 37 C.F.R. § 42.74(b). The parties further agree that this "Agreement in writing" shall not be the subject of a "Request to Keep separate" as defined by 37 C.F.R. § 42.74(c).

CoreLogic and Redfin will each bear their own costs, expenses and legal fees.

//

//

Dated: July 17, 2014

/s/ *Douglas A. Grady* (with permission)
Douglas A. Grady
Richard Thomas Black
Foster Pepper PLLC
1111 Third Avenue
Suite 3400
Seattle, WA 98101
Tel: 206.447.4400
Fax: 206.447.9700
Email: gradd@foster.com
Email: blacr@foster.com

Darin Michael Klemchuk
Casey Lee Griffith
Klemchuk Kubasta, LLP - Dallas
Campbell Centre II
8150 North Central Expressway
10th Floor
Dallas, TX 75206
Tel: 214.367.6000
Fax: 214.367.6001
Email: darin.klemchuk@kk-llp.com
Email: casey.griffith@kk-llp.com

Attorneys for Defendant
REDFIN CORPORATION

Respectfully submitted by,

/s/ *Andrew S. Ong*
Eric H. Findlay (Texas Bar No. 00789886)
Brian Craft (Texas Bar No. 04972020)
FINDLAY CRAFT, P.C.
102 North College Avenue, Ste. 900
Tyler, TX 75702
Tel: 903.534.1100
Fax: 903.534.1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

I. Neel Chatterjee
Andrew S. Ong
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Email: nchatterjee@orrick.com
Email: aong@orrick.com
Tel:  650.614.7400
Fax: 650.614.7401

Benjamin J. Hofileña, Jr.
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 S. Figueroa Street, Suite 3200
Los Angeles, CA 90017
Email:  bhofilena@orrick.com
Tel:  (213) 612-2020
Fax: (213) 612-2499

Attorneys for Plaintiff
CORELOGIC SOLUTIONS, LLC

**CERTIFICATE OF SERVICE**

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by email transmission and first class mail.

Dated: July 17, 2014                                          */s/ Andrew S. Ong*
                                                                              Andrew S. Ong